Jeffrey H. Ochrach [SBN 131027]
OCHRACH LAW GROUP
Rocklin Professional Building
5701 Lonetree Blvd., Ste. 213
Rocklin, California 95765
Telephone:   916-626-6880
Facsimile:    916-626-3331
JeffOchrach@ochrach.com

Attorney for Plaintiffs
Karra Crowley, Christopher Crowley, and
Crowley Properties

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KARRA CROWLEY, CHRISTOPHER CROWLEY and CROWLEY PROPERTIES | CASE NO. |
| | COMPLAINT FOR LIBEL |
| Plaintiffs, | |
| vs. | |
| TANYA DANIELLE FAISON and BLACK LIVES MATTER SACRAMENTO, | |
| Defendants. | JURY TRIAL DEMANDED |

Plaintiffs allege:

**I.**

**JURISDICTIONAL STATEMENT**

1. Plaintiff Karra Crowley is an individual and is now, and at all times mentioned in this complaint was, a resident of Rockport, Texas.

2. Plaintiff Christopher Crowley is an individual and is now, and at all times mentioned in this complaint was, a resident of Rockport, Texas. Mr. Crowley and Ms. Crowley are husband and wife.

3. Plaintiff Crowley Properties is a general partnership; Mr. Crowley and Ms. Crowley are the general partners.

4. Defendant Tanya Danielle Faison is now, and at all times mentioned in this complaint

1     was, a resident of Sacramento, California.

2 5. Defendant Black Lives Matter Sacramento ("BLM Sacramento") is now, and at all times mentioned in this complaint was, a corporation organized and incorporated in Sacramento, California. Ms. Faison is the incorporator and chief executive officer of BLM Sacramento.

6. This court has original jurisdiction under 28 USC § 1332, in that it is a civil action between citizens of different states in which the matter in controversy exceeds, exclusive of costs and interest, seventy-five thousand dollars. Here, all Defendants are citizens of California, and all Plaintiffs are citizens of Texas. Plaintiffs allege damages in excess of $75,000, not counting interest and costs of court.

## II.

## VENUE

7. 28 U.S.C. § 1391(b) provides venue in "a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located."

8. All Defendants reside in Sacramento, California.

## III.

## GENERAL ALLEGATIONS

9. Plaintiffs reallege and incorporate herein by reference the allegations of Paragraphs 1 through 8.

10. On or about April 26, 2021, Defendants posted on the BLM Sacramento Facebook page (https://www.facebook.com/BlackLivesMatterSac) the following email Defendants stated was from Plaintiff Karra Crowley:

To whom it may concern,

I am sick and tired of hearing about you guys on the news. You guys are nothing but a bunch of domestic terrorists. Crying because you can't have your way about something. Why don't you just give up, your never going to be able to change the world. EVER!!!! GROW THE FUCK UP. White lives matter !!!!

Karra Crowley.

Crowley Properties

11. Also on or about April 26, 2021, Defendants posted on the BLM Sacramento Facebook page the following email Defendants stated was from Plaintiff Karra Crowley:

My husband and I are pillars in this community.  We have always taught our children to fear African Americans!!!!  You are nothing but thugs and low life's.  Seriously why don't you guys just stop with the bullshit, your never going to change the world, so give up.  White people are kings!!!!  You are peasants!!!!

12. Also on or about April 26, 2011, Defendants posted on the BLM Sacramento Facebook page the following email, which Defendants stated was from Plaintiff Karra Crowley:

"Let's bring slavery back!!!!"

13. Then, Defendants wrote the following and posted it next to the above purported emails on the BLM Sacramento Facebook page:

So this woman Karra Crowley has been emailing us and we figured she needs to be famous.  She actually owns a business called Crowley Properties in Roseville but she lives in Loomis.

14. Defendants also posted on about the same date the following on the BLM Sacramento Facebook page:

HER [Karra Crowley] INFORMATION HAS BEEN VERIFIED.  I AM NOT GOING TO BE RESPONSIBLE FOR SHARING ADDRESSES AND PHONE NUMBERS BUT FOLKS . . . ESPECIALLY YOU LIGHTER HUED FOLKS COMING AND BEING DISRESPECTFUL . . . YOU NEED TO GET YOUR DUCKS IN A ROW BEFORE YOU COME HERE MAKING ACCUSATIONS

WE KNOW HER BUSINESS ADDRESS
WE KNOW HER PO BOX
WE KNOW HER AND HER HUSBANDS HOME ADD
SHE HAS BEEN VERIFIED

ROSEVILLE AND LOOMIS

15. The above Facebook posts (which will be referred to herein as "Defendants' Facebook posts") referred to Karra Crowley and Crowley Properties by name and to Mr. Crowley as Ms. Crowley's husband.

16. Plaintiffs, and neither of them, wrote or sent the emails posted by Defendants.  Defendants statements that Karra Crowley sent the above emails to Defendants were false.

17. Defendants' Facebook posts are libelous on their face. These posts expose Plaintiffs to hatred, contempt, ridicule and obloquy because they portray Plaintiffs as racists and ignorant. Defendants' Facebook posts encouraged others to find personal information on Plaintiffs and post it – which they did. Shortly thereafter, Plaintiffs' personal information was posted to the BLM Facebook page.

18. Defendants' Facebook posts were seen and read on or about April 26, 2021 and everyday after that by many people. Defendants' Facebook page states that 71,739 people follow it. As of April 28, 2021, Defendants' Facebook posts had 284 "Reactions," 120 "Comments," and 183 "Shares." In fact, Fox40 News contacted Ms. Crowley about Defendants' Facebook posts, and Ms. Crowley felt compelled to do an interview to try to mitigate the damage.

19. Almost immediately after Defendants' Facebook posts, Plaintiffs received hateful telephone calls on their cell phones and home phone; the callers said vulgar and threatening things and called Defendants racist. Many people posted comments regarding Defendants' Facebook posts disparaging Plaintiffs.

20. On April 27, 2021, Ms. Crowley responded to Defendants' Facebook post by posting a comment explaining that she did not send the emails; that the emails show an email address that is not hers; and that she does not hold any of the views set forth in the emails purported to be from her.

21. On April 28, 2021, Ms. Crowley emailed Defendant Faison stating that the purported emails Defendants posted on the BLM Sacramento Facebook page were not from Ms. Crowley, and Ms. Crowley requested Defendants to remove Defendants' posts. Defendants refused and Defendants' Facebook page still contains the posts.

22. Defendants did not use reasonable care to determine whether Plaintiffs, or either of them, were the authors or senders of the purported emails from Ms. Crowley, which Defendants attributed to Plaintiffs nonetheless. *Selleck v. Globe Int'l, Inc.*, 166 Cal.App.3d 1123, 1132 (1985) ("Falsely ascribing statements to a person which would have the same damaging effect as a defamatory statement about him is libel.")

23. As a proximate result of the above-described publication, plaintiffs have suffered loss of their reputation, shame, mortification, and injury to their feelings, as well as very serious con all to their damage in an amount in excess of $75,000, according to proof.

24. The aforementioned conduct of the Defendants was oppressive and malicious, thereby depriving the Plaintiffs of property or legal rights or otherwise causing injury, and was despicable conduct that subjected the Plaintiffs to a cruel and unjust hardship in conscious disregard of the Plaintiffs' rights, so as to justify an award of exemplary and punitive damages.

WHEREFORE, plaintiff requests judgment against defendant as follows:

1. For an order compelling Defendants to immediately remove all publications (including posts and shares) from BLM Sacramento's Facebook page and anywhere else they appear; Defendants' written acknowledgment published on Facebook and in California and Texas media publications, stating a) the Defendants did not use reasonable care to determine whether the subject emails were actually sent by Plaintiffs, or any of them, b) that the emails were not sent by Plaintiffs, and c) apologizing for wrongfully defaming Plaintiffs.
2. For compensatory and general damages in excess of $75,000 according to proof;
3. For punitive damages;
4. For costs of suit incurred herein; and
5. For such other and further relief as the court deems proper.

## IV.

## JURY DEMAND

Plaintiffs request trial by jury.

Dated: April 30, 2021                    OCHRACH LAW GROUP

                                                         /s/ Jeffrey H. Ochrach
                                       Jeffrey H. Ochrach
                                       Attorney for Plaintiffs