Jeffrey H. Ochrach [SBN 131027]
OCHRACH LAW GROUP
Rocklin Professional Building
5701 Lonetree Blvd., Ste. 213
Rocklin, California 95765
Telephone:   916-626-6880
Facsimile:    916-626-3331
Email: jeffochrach@ochrach.com

Attorney for Karra and Christopher Crowley
and Crowley Properties

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KARRA CROWLEY, ET AL, | CASE NO. 2:21-CV-00778-MCE-JDP |
| Plaintiffs, | STIPULATION AND ORDER FOR EARLY THIRD PARTY DISCOVERY |
| vs. | |
| TANYA DANIELLE FAISON, ET AL, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled action, by their respective counsel, as follows:

1. This action arises out of Defendants publishing emails purportedly drafted and sent by Plaintiff Karra Crowley to Defendants. (*See* Complaint, ¶¶ 10, 11.) Plaintiffs allege they did not draft or send the subject emails and that Defendants' posting of the emails, as well as their other postings, defamed and damaged Plaintiffs.

2. All parties seek to determine the source of the subject emails – both as a factual matter and with the expectation that the perpetrator will be named as a defendant herein.

3. The parties agree that good cause exists for permitting the parties to serve

subpoenas on third parties, including Google, prior to the Rule 26(f) meeting to discover the identity of the sender of the subject emails.

4. Accordingly, the parties agree, and seek an order, that third party discovery may commence immediately.

5. By entering into this stipulation, Defendants do not submit to the jurisdiction of the court in this case and do not waive any objections to the propriety of service of the summons and complaint on them.

Dated: May 7, 2021    OCHRACH LAW GROUP

                                                                           /s/
Jeffrey H. Ochrach
Attorney for Karra and Christopher Crowley
and Crowley Properties

Dated: May 7, 2021    LAW OFFICE OF MARK E. MERIN

                                                                           /s/
Mark E. Merin
Attorney for Tanya Danielle Faison and Black Lives Matter Sacramento

**IT IS SO ORDERED.**

Dated: _____

Honorable Morrison C. England, Jr.

Court:      United States District Court – Eastern District of California
Case No.    2:21-cv-00778-MCE-JDP
Case Title: *Crowley v. Tanya Danielle Faison, et al.*

## PROOF OF SERVICE

I am a citizen of the United States and am employed in the County of Placer; I am over the age of 18 years and not a party to the within entitled action; I am employed in the county where the mailing occurred. The document was mailed from 5701 Lonetree Blvd., Ste. 213, Rocklin, CA 95765.

On the date set forth below, I served the following:

Stipulation and Order for Early Third Party Discovery

on the parties listed below in said action by:

___ **By Mail:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Rocklin, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. A true copy of the document was placed in a sealed envelope designated by the U.S. postal service with postage fully prepaid and addressed to the address last shown for counsel of record as set forth below.

Mark Merin
Law Office of Mark E. Merin
1010 F Street, Ste. 300
Sacramento, CA 95814

___ **(By Personal Service)** I caused such documents to be delivered by hand to the person(s) named below. Service was made on the date set forth below.

___ **(By Facsimile)** by transmitting by facsimile to **(see fax number(s) below)** before 5:00 p.m. and by placing a true copy in a sealed envelope with postage fully prepaid in the United States Mail at Rocklin, California.

___ **By Overnight Mail**: A true copy of the document was placed in a sealed envelope designated by the express mail carrier Federal Express and deposited in a facility regularly maintained by the express mail carrier, with delivery fees provided for and addressed to the address last shown for counsel of record as set forth above.

_X_ **By Electronic Transmission** – email to **(see email address below)** before 5:00 p.m.

Mark Merin – mark@markmerin.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 7, 2021, at Rocklin, California.        /s/
                                                    Jeffrey H. Ochrach