Jeffrey H. Ochrach [SBN 131027]
Ochrach Law Group
Rocklin Professional Building
5701 Lonetree Blvd., Ste. 213
Rocklin, California 95765
Telephone: 916-626-6880
Facsimile: 916-626-3331
Email: jeffochrach@ochrach.com

Attorney for Karra and Christopher Crowley
and Crowley Properties

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| **KARRA CROWLEY, ET AL.,** <br><br> Plaintiffs, <br><br> v. <br><br> **TANYA DANIELLE FAISON, ET AL.** <br><br> **Defendants.** | No. 2:21-cv-00778-MCE-JDP <br><br> **STIPULATION AND ORDER FOR EARLY THIRD PARTY DISCOVERY** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled action, by their respective counsel, as follows:

1. This action arises out of Defendants publishing emails purportedly drafted and sent by Plaintiff Karra Crowley to Defendants. (*See* Complaint, ¶¶ 10, 11.) Plaintiffs allege they did not draft or send the subject emails and that Defendants' posting of the emails, as well as their other postings, defamed and damaged Plaintiffs.

2. All parties seek to determine the source of the subject emails – both as a factual matter and with the expectation that the perpetrator will be named as a defendant herein.

3. The parties agree that good cause exists for permitting the parties to serve subpoenas on third parties, including Google, prior to the Rule 26(f) meeting to discover the identity of the sender of the subject emails.

4. Accordingly, the parties agree, and seek an order, that third party discovery may commence immediately.

5. By entering into this stipulation, Defendants do not submit to the jurisdiction of the court in this case and do not waive any objects to the propriety of service of the summons and complaint on them.

Dated: May 7, 2021     OCHRACH LAW GROUP

                                                        /s/
Jeffrey H. Ochrach
Attorney for Karra and Christopher Crowley
and Crowley Properties

Dated: May 7, 2021     LAW OFFICE OF MARK E. MERIN

                                                        /s/
Mark E. Merin
Attorney for Tanya Danielle Faison and
Black Lives Matter Sacramento

IT IS SO ORDERED.

Dated: May 12, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE