Jeffrey H. Ochrach [SBN 131027]
OCHRACH LAW GROUP
Rocklin Professional Building
5701 Lonetree Blvd., Ste. 213
Rocklin, California 95765
Telephone:     916-626-6880
Facsimile:      916-626-3331
JeffOchrach@ochrach.com

Attorney for Plaintiffs
Karra Crowley, Christopher Crowley, and
Crowley Properties

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KARRA CROWLEY, CHRISTOPHER CROWLEY and CROWLEY PROPERTIES | CASE NO.  2:21-CV-00778-MCE-JDP |
| Plaintiffs, | FIRST AMENDED COMPLAINT FOR LIBEL AND  INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS |
| vs. | |
| TANYA DANIELLE FAISON,  BLACK LIVES MATTER SACRAMENTO, and ROBERT LESLIE ADAIR | |
| Defendants. | JURY TRIAL DEMANDED |

Plaintiffs allege:

## I.

## JURISDICTIONAL STATEMENT

1.      Plaintiff Karra Crowley is an individual and is now, and at all times mentioned in this

complaint was, a resident of Rockport, Texas.

2.      Plaintiff Christopher Crowley is an individual and is now, and at all times mentioned in

this complaint was, a resident of Rockport, Texas.   Mr. Crowley and Ms. Crowley are

husband and wife.

3.      Plaintiff Crowley Properties is a general partnership; Mr. Crowley and Ms. Crowley are

the general partners.

4.   Defendant Tanya Danielle Faison is now, and at all times mentioned in this complaint was, a resident of Sacramento, California.

5.   Defendant Black Lives Matter Sacramento ("BLM Sacramento") is now, and at all times mentioned in this complaint was, a corporation organized and incorporated in Sacramento, California.  Ms. Faison is the incorporator and chief executive officer of BLM Sacramento.

6.   Defendant Robert Leslie Adair is now, and at all times mentioned in this complaint was, a resident of California and, on information and belief, in the County of Sacramento.

7.   This court has original jurisdiction under 28 USC § 1332, in that it is a civil action between citizens of different states in which the matter in controversy exceeds, exclusive of costs and interest, seventy-five thousand dollars.  Here, all Defendants are citizens of California, and all Plaintiffs are citizens of Texas.  Plaintiffs allege damages in excess of $75,000, not counting interest and costs of court.

**II.**

**VENUE**

8.   28 U.S.C. § 1391(b) provides venue in "a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located."

9.   At least two of the Defendants reside in Sacramento, California.

**III.**

**GENERAL ALLEGATIONS**

10.  Plaintiffs reallege and incorporate herein by reference the allegations of Paragraphs 1 through 9.

11.  On or about April 26, 2021, Defendants posted on the BLM Sacramento Facebook page (https://www.facebook.com/BlackLivesMatterSac) the following email Defendants stated was from Plaintiff Karra Crowley:

To whom it may concern,

I am sick and tired of hearing about you guys on the news.  You guys are nothing but a bunch of domestic terrorists.  Crying because you can't have your way about

something.  Why don't you just give up, your never going to be able to change the world.  EVER!!!!  GROW THE FUCK UP.  White lives matter !!!!

Karra Crowley.

Crowley Properties

12.   Also on or about April 26, 2021, Defendants posted on the BLM Sacramento Facebook page the following email Defendants stated was from Plaintiff Karra Crowley:

My husband and I are pillars in this community.  We have always taught our children to fear African Americans!!!!  You are nothing but thugs and low life's.  Seriously why don't you guys just stop with the bullshit, your never going to change the world, so give up.  White people are kings!!!!  You are peasants!!!!

13.   Also on or about April 26, 2011, Defendants posted on the BLM Sacramento Facebook page the following email, which Defendants stated was from Plaintiff Karra Crowley: "Let's bring slavery back!!!!"  The emails referenced in Paragraphs 11, 12 and 13 are hereinafter referred to as "the imposter's emails."

14.   Then, Defendants wrote the following and posted it next to the above purported emails on the BLM Sacramento Facebook page:

So this woman Karra Crowley has been emailing us and we figured she needs to be famous.  She actually owns a business called Crowley Properties in Roseville but she lives in Loomis.

15.   At 4:36 p.m. on April 26, 2021, Ms. Crowley emailed Defendant Faison stating that the purported emails Defendants posted on the BLM Sacramento Facebook page were not from Ms. Crowley, and Ms. Crowley requested Defendants to remove Defendants' posts.  Defendants refused and Defendants' Facebook page still contains the posts.

16.   About 35 minutes later on April 26, 2021, Defendants also posted on about the same date the following on the BLM Sacramento Facebook page:

HER [Karra Crowley] INFORMATION HAS BEEN VERIFIED.  I AM NOT GOING TO BE RESPONSIBLE FOR SHARING ADDRESSES AND PHONE NUMBERS BUT FOLKS . . . ESPECIALLY YOU LIGHTER HUED FOLKS COMING AND BEING DISRESPECTFUL . . . YOU NEED TO GET YOUR DUCKS IN A ROW BEFORE YOU COME HERE MAKING ACCUSATIONS

WE KNOW HER BUSINESS ADDRESS

1
2

WE KNOW HER PO BOX
WE KNOW HER AND HER HUSBANDS HOME ADD
SHE HAS BEEN VERIFIED

3

ROSEVILLE AND LOOMIS

4   17.   The above Facebook posts (which will be referred to herein as "Defendants' Facebook

5         posts") referred to Karra Crowley and Crowley Properties by name and to Mr. Crowley as

6         Ms. Crowley's husband.

7   18.   Plaintiffs, and neither of them, wrote or sent the emails posted by Defendants.

8         Defendants statements that Karra Crowley sent the above emails to Defendants were

9         false.  In fact, Defendant Mr. Adair created a fake email address and, using that email

10        address, sent the imposter's emails.

11  19.   Defendants' Facebook posts encouraged others to find personal information on Plaintiffs

12        and post it – which they did.  Shortly thereafter, Plaintiffs' personal information was

13        posted to the BLM Facebook page.

14  20.   Defendants' Facebook posts were seen and read on or about April 26, 2021 and everyday

15        after that by many people.  Defendants' Facebook page states that 71,739 people follow

16        it.  As of April 28, 2021, Defendants' Facebook posts had 284 "Reactions," 120

17        "Comments," and 183 "Shares."  In fact, Fox40 News, Channel 3, Channel 10, Channel

18        13 and The Sacramento Bee contacted Ms. Crowley about Defendants' Facebook posts,

19        and Ms. Crowley felt compelled to do an interview to try to mitigate the damage.   In each

20        case, Ms. Crowley told the reporters that she did not send the imposter's email, the email

21        address was not hers, and she had no affiliation with the imposter's email.  Ms. Crowley

22        also told the reporters that the views expressed in the emails were not her views and that

23        she would not use the vulgar language contained in the imposter's email.

24  21.   Almost immediately after Defendants' Facebook posts, Plaintiffs received hateful

25        telephone calls on their cell phones and home phone; the callers said vulgar and

26        threatening things and called Defendants racist.  Many people posted comments regarding

27        Defendants' Facebook posts disparaging Plaintiffs.  For example, on Crowley Properties'

28

Facebook page, Defendants' friends posted comments such as "Don't rent from here! The owner Karra Crowley is sick and racist!"; "Disgusting human.  Do not support this business"; "you're [sic] business is gonna rot in hell and so are you."  In fact, Defendants' defamation incited death threats against Plaintiffs.  For example, on their home telephone, the Crowleys received the following death threat: "Karra Crowley, you are a racist.  I am going to kill you."

22.  On April 27, 2021, Ms. Crowley responded to Defendants' Facebook post by posting a comment explaining that she did not send the emails; that the emails show an email address that is not hers; and that she does not hold any of the views set forth in the emails purported to be from her.

### COUNT ONE: LIBEL

23.  Plaintiffs incorporate by reference paragraphs 1 through 22 as though fully set forth herein.

24.  Defendants' Facebook posts and the imposter's emails are libelous on their face.  These posts emails exposed Plaintiffs to hatred, contempt, ridicule and obloquy because they portray Plaintiffs as racists and ignorant.

25.  Defendant Mr. Adair falsely and purposefully attributed the imposter's emails to Plaintiff Karra Crowley.  Defendants Faison and BLM Sacramento with knowledge of its falsity or with reckless disregard for the truth "verified" that the imposter's emails were sent by Plaintiff Karra Crowley.  *Selleck v. Globe Int'l, Inc.*, 166 Cal.App.3d 1123, 1132 (1985) ("Falsely ascribing statements to a person which would have the same damaging effect as a defamatory statement about him is libel.")

26.  As a proximate result of the above-described publication, plaintiffs have suffered loss of their reputation, shame, mortification, and injury to their feelings, as well as very serious con all to their damage in an amount in excess of $75,000, according to proof.

27.  The aforementioned conduct of the Defendants was oppressive and malicious, thereby depriving the Plaintiffs of property or legal rights or otherwise causing injury, and was

despicable conduct that subjected the Plaintiffs to a cruel and unjust hardship in conscious disregard of the Plaintiffs' rights, so as to justify an award of exemplary and punitive damages.

WHEREFORE, plaintiffs request judgment against defendants as set forth below.

**COUNT TWO: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

28.   Plaintiffs incorporate by reference paragraphs 1 through 27 as though fully set forth herein.

29.   Defendants' conduct was outrageous; it was so extreme as to exceed all bounds of that usually tolerated in a civilized community.

30.   Defendants intended to cause Plaintiffs emotional distress, and they did cause Plaintiffs severe emotional distress.

31.   Defendants' conduct was a substantial factor in causing Plaintiffs severe emotional distress.

32.   As a proximate result of the above-described publication, plaintiffs have suffered loss of their reputation, shame, mortification, and injury to their feelings, as well as very serious con all to their damage in an amount in excess of $75,000, according to proof.

33.   The aforementioned conduct of the Defendants was oppressive and malicious, thereby depriving the Plaintiffs of property or legal rights or otherwise causing injury, and was despicable conduct that subjected the Plaintiffs to a cruel and unjust hardship in conscious disregard of the Plaintiffs' rights, so as to justify an award of exemplary and punitive damages.

WHEREFORE, plaintiffs request judgment against defendants as follows:

1.   For an order compelling Defendants to immediately remove all publications (including posts and shares) from BLM Sacramento's Facebook page and anywhere else they appear;  Defendants' written acknowledgment published on Facebook and in California and Texas media publications, stating (a) the Defendants did not use reasonable care to determine whether the subject emails

were actually sent by Plaintiffs, or any of them, (b) that the emails were not sent by Plaintiffs, and (c) apologizing for wrongfully defaming Plaintiffs.

2.      For compensatory and general damages in excess of $75,000 according to proof;

3.      For punitive damages;

4.      For costs of suit incurred herein; and

5.      For such other and further relief as the court deems proper.

**IV.**

**JURY DEMAND**

Plaintiffs request trial by jury.

Dated: March 4, 2022                              OCHRACH LAW GROUP

                                        /s/ Jeffrey H. Ochrach
                                        Jeffrey H. Ochrach
                                        Attorney for Plaintiffs