OCHRACH LAW GROUP
ROCKLIN PROFESSIONAL BUILDING
5701 LONETREE BOULEVARD, SUITE 213
ROCKLIN, CALIFORNIA 95765
TELEPHONE (916) 626-6880
FACSIMILE (916) 626-3331
EMAIL: JeffOchrach@ochrach.com
www.ochrach.com

March 7, 2022

Justice Morrison C. England, Jr.
United States District Court
Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

Re: *Crowley v. Tanya Faison, et al.*
Case No. 2:21-CV-00778-MCE-JDP

Dear Judge England:

You issued your initial pretrial scheduling order on April 30, 2021. Shortly thereafter, Defendants filed motions to dismiss and to strike the complaint. A little later, Plaintiffs sought leave to amend the complaint to add the "imposter" as a defendant.

You ruled on these motions on March 3, 2022.

While these motions were pending, the parties did not conduct a Rule 26(f) conference or conduct discovery (except to serve Google with a subpoena seeking to discovery the identity of the imposter).

As a result, Plaintiffs respectfully request the court to modify its pretrial scheduling order to extend discovery dates sufficiently to allow the parties to conduct discovery.

Very truly yours,

/s/Jeffrey H. Ochrach
Jeffrey H. Ochrach
Attorney for Plaintiffs

cc: Mr. Mark Merin

Court:      United States District Court – Eastern District of California
Case No.    2:21-cv-00778-MCE-JDP
Case Title: *Crowley v. Tanya Danielle Faison, et al.*

## PROOF OF SERVICE

I am a citizen of the United States and am employed in the County of Placer; I am over the age of 18 years and not a party to the within entitled action; I am employed in the county where the mailing occurred. The document was mailed from 5701 Lonetree Blvd., Ste. 213, Rocklin, CA 95765.

On the date set forth below, I served the following:

Letter to Justice Morrison E. England, Jr. Dated March 7, 2022

on the parties listed below in said action by:

___ **By Mail:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Rocklin, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. A true copy of the document was placed in a sealed envelope designated by the U.S. postal service with postage fully prepaid and addressed to the address last shown for counsel of record as set forth below.

> Mark Merin
> Law Office of Mark E. Merin
> 1010 F Street, Ste. 300
> Sacramento, CA 95814

___ **(By Personal Service)** I caused such documents to be delivered by hand to the person(s) named below. Service was made on the date set forth below.

___ **(By Facsimile)** by transmitting by facsimile to **(see fax number(s) below)** before 5:00 p.m. and by placing a true copy in a sealed envelope with postage fully prepaid in the United States Mail at Rocklin, California.

___ **By Overnight Mail**: A true copy of the document was placed in a sealed envelope designated by the express mail carrier Federal Express and deposited in a facility regularly maintained by the express mail carrier, with delivery fees provided for and addressed to the address last shown for counsel of record as set forth above.

_X_ **By Electronic Transmission** – email to **(see email address below)** before 5:00 p.m.

> Mark Merin – mark@markmerin.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 7, 2022, at Rocklin, California.        /s/ Jeffrey H. Ochrach
                                                                              Jeffrey H. Ochrach