Mark E. Merin (State Bar No. 043849)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:     (916) 443-6911
Facsimile:     (916) 447-8336
E-Mail:         mark@markmerin.com

Attorney for Defendants
TANYA DANIELLE FAISON and
BLACK LIVES MATTER SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| KARRA CROWLEY, CHRISTOPHER CROWLEY, and CROWLEY PROPERTIES, <br><br> Plaintiffs, <br><br> vs. <br><br> TANYA DANIELLE FAISON, BLACK LIVES MATTER SACRAMENTO, and ROBERT LESLIE ADAIR, <br><br> Defendants. | Case No. 2:21-cv-00778-MCE-JDP <br><br> **DEFENDANTS TANYA DANIELLE FAISON AND BLACK LIVES MATTER SACRAMENTO'S ANSWER TO FIRST AMENDED COMPLAINT** <br><br> **DEMAND FOR JURY TRIAL** |
|---|---|

Defendants TANYA DANIELLE FAISON and BLACK LIVES MATTER SACRAMENTO (collectively, "Defendants") admit, deny, and/or allege as follows, in response to Plaintiffs KARRA CROWLEY, CHRISTOPHER CROWLEY, and CROWLEY PROPERTIES's (collectively, "Plaintiffs") First Amended Complaint (ECF No. 19):

1.   In response to paragraph 1: Denies for lack of information or belief.

2.   In response to paragraph 2: Denies for lack of information or belief.

3.   In response to paragraph 3: Denies for lack of information or belief.

4.   In response to paragraph 4: Admit.

5.   In response to paragraph 5: Admit.

6.   In response to paragraph 6: Denies for lack of information or belief.

7.   In response to paragraph 7: Denies for lack of information or belief as to Plaintiffs' citizenship, and specifically denies that there are damages.

1

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**
*Crowley v. Faison*, United States District Court, Eastern District of California, Case No. 2:21-cv-00778-MCE-JDP

8. In response to paragraph 8: Admit, to the extent a portion of the venue statute is quoted.

9. In response to paragraph 9: Admit.

10. In response to paragraph 10: Admits and/or denies, as appropriate to the incorporated paragraphs.

11. In response to paragraph 11: Admits that Defendants posted on Black Lives Matter Sacramento's Facebook page the emails Defendant TANYA DANIELLE FAISON received from "Karra Crowley (crowleykarra64@gmail.com)," and denies each and every other allegation.

12. In response to paragraph 12: See answer to paragraph 11, which is incorporated herein by this reference.

13. In response to paragraph 13: See answer to paragraph 11, which is incorporated here by this reference.

14. In response to paragraph 14: Admit that the single-spaced portion of the allegation is an accurate quote of a portion of Defendants' posting; denies each and every other allegation.

15. In response to paragraph 15: Denies the characterization of an email to Defendant TANYA DANIELLE FAISON, and alleges that Defendant TANYA DANIELLE FAISON offered to take down the posting to which Plaintiffs KARRA CROWLEY referred if she could prove that she did not, in fact, send the emails quoted in the posting.

16. In response to paragraph 16: Denies.

17. In response to paragraph 17: Not an allegation to which Defendants can respond.

18. In response to paragraph 18: Denies for lack of information or belief.

19. In response to paragraph 19: Denies.

20. In response to paragraph 20: Denies.

21. In response to paragraph 21: Denies for lack of information or belief.

22. In response to paragraph 22: Denies, as the allegations are characterizations of postings.

23. In response to paragraph 23: Admits and denies, as is appropriate in reference to incorporated paragraphs.

24. In response to paragraph 24: Denies.

25. In response to paragraph 25: Denies.

2

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**
*Crowley v. Faison*, United States District Court, Eastern District of California, Case No. 2:21-cv-00778-MCE-JDP

26. In response to paragraph 26: Denies that they suffered damages in any amount.

27. In response to paragraph 27: Denies.

28. In response to paragraph 28: Admits and denies, as is appropriate in reference to incorporated paragraphs.

29. In response to paragraph 29: Denies.

30. In response to paragraph 30: Denies

31. In response to paragraph 31: Denies

32. In response to paragraph 32: Denies

33. In response to paragraph 33: Denies.

## AFFIRMATIVE DEFENSES

34. On information and belief: This Court lacks jurisdiction, including where Plaintiffs are residents of California.

35. Plaintiffs' action is a strategic lawsuit against public participation ("SLAPP"), pursuant to Cal. Code Civ. Proc. § 425.16.

36. Plaintiffs' action is barred by the Communications Decency Act, 47 U.S.C. § 230.

37. Defendants' allegedly defamatory statements were true.

38. Defendants' allegedly defamatory statements were statements of opinion.

39. Defendants' allegedly defamatory statements were qualifiedly or absolutely privileged, including under Cal. Civ. Code § 47.

40. Defendants' allegedly defamatory statements were not made with actual malice.

## PRAYER FOR RELIEF

WHEREFORE, Defendants TANYA DANIELLE FAISON and BLACK LIVES MATTER SACRAMENTO pray that Judgment be entered:

1. For Defendants TANYA DANIELLE FAISON and BLACK LIVES MATTER SACRAMENTO, and against Plaintiffs KARRA CROWLEY, CHRISTOPHER CROWLEY, and CROWLEY PROPERTIES;

2. For costs of the suit herein; and

3. For an award of any other further relief, as the Court deems fair, just, and equitable.

3

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**
*Crowley v. Faison*, United States District Court, Eastern District of California, Case No. 2:21-cv-00778-MCE-JDP

1 | Dated: March 18, 2022

Respectfully Submitted,

By: _____
Mark E. Merin
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336

Attorney for Defendants
TANYA DANIELLE FAISON and
BLACK LIVES MATTER SACRAMENTO

4

# JURY TRIAL DEMAND

A JURY TRIAL IS DEMANDED on behalf of Defendants TANYA DANIELLE FAISON and BLACK LIVES MATTER SACRAMENTO.

Dated: March 18, 2022

Respectfully Submitted,

By: _____
Mark E. Merin
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336

  Attorney for Defendants
  TANYA DANIELLE FAISON and
  BLACK LIVES MATTER SACRAMENTO

5

**ANSWER TO FIRST AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**
*Crowley v. Faison*, United States District Court, Eastern District of California, Case No. 2:21-cv-00778-MCE-JDP