Jeffrey H. Ochrach [SBN 131027]
OCHRACH LAW GROUP
Rocklin Professional Building
5701 Lonetree Blvd., Ste. 213
Rocklin, California 95765
Telephone: 916-626-6880
Facsimile: 916-626-3331
Email: jeffochrach@ochrach.com

Attorney for Karra and Christopher Crowley
and Crowley Properties

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KARRA CROWLEY, CHRISTOPHER CROWLEY and CROWLEY PROPERTIES,<br><br>Plaintiffs,<br><br>vs.<br><br>TANYA DANIELLE FAISON, BLACK LIVES MATTER SACRAMENTO, and ROBERT LESLIE ADAIR,<br><br>Defendants. | CASE NO. 2:21-CV-00778-MCE-JDP<br><br>PLAINTIFFS' REQUEST FOR DISMISSAL<br><br><br><br>Judge: Hon. Morrison C. England, Jr. |

Plaintiffs hereby request, pursuant to Federal Rule of Civil Procedure 41(a)(2), the court to dismiss the above-captioned action with prejudice. The parties have entered into a court-supervised settlement of the matter.

Dated: August 17, 2023        OCHRACH LAW GROUP


              /s/ Jeffrey H. Ochrach
              Jeffrey H. Ochrach
              Attorney for Karra and Christopher Crowley
              and Crowley Properties

1  Court:        United States District Court – Eastern District of California
   Case No.      2:21-cv-00778-MCE-JDP
2  Case Title:   *Crowley v. Tanya Danielle Faison, et al.*

3  **PROOF OF SERVICE**

4  I am a citizen of the United States and am employed in the County of Placer; I am over the age of 18 years and not a party to the within entitled action; I am employed in the county where the mailing occurred. The document was mailed from 5701 Lonetree Blvd., Ste. 213, Rocklin, CA 95765.

On the date set forth below, I served the following:

PLAINTIFFS' REQUEST FOR DISMISSAL

on the parties listed below in said action by:

\_\_\_ **By Mail:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Rocklin, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. A true copy of the document was placed in a sealed envelope designated by the U.S. postal service with postage fully prepaid and addressed to the address last shown for counsel of record as set forth below.

   Mark Merin
   Law Office of Mark E. Merin
   1010 F Street, Ste. 300
   Sacramento, CA  95814

\_\_\_ **(By Personal Service)** I caused such document(s) to be delivered by hand to the person(s) named below. Service was made on the date set forth below.

\_\_\_ **(By Facsimile)** I caused a true copy of such document(s) to be sent by transmitting by facsimile to Mark Merin at 916-447-8336 before 5:00 p.m. and by placing a true copy in a sealed envelope with postage fully prepaid in the United States Mail at Rocklin, California.

\_\_\_ **By Overnight Mail** : I caused a true copy of such document(s) be placed in a sealed envelope designated by the express mail carrier Federal Express and deposited in a facility regularly maintained by the express mail carrier, with delivery fees provided for and addressed to the address last shown for counsel of record as set forth above.

 X   **By Electronic Transmission** – I caused a true copy of such document(s) be sent via email to Mark Merin – mark@markmerin.com  before 5:00 p.m.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 17, 2023, at Rocklin, California.      /s/ Jeffrey H. Ochrach
                                                        Jeffrey H. Ochrach