UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARRA CROWLEY, et al., | No. 2:21-cv-00778-MCE-JDP |
| Plaintiffs, | |
| v. | **ORDER** |
| TANYA DANIELLE FAISON, et al., | |
| Defendants. | |

Pursuant to Plaintiffs' request and representation that this action has settled, it is hereby ordered that:

1. This action is DISMISSED with prejudice;
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 6, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1